```
1  Alan Steven Wolf, Bar No. 94665
   Daniel Fujimoto, Bar No. 158575
2  THE WOLF FIRM, A Law Corporation
   2955 Main Street, Second Floor
3  Irvine, CA  92614
   (949) 720-9200 Telephone
4  (949) 608-0128 Fax
   Alan.Wolf@wolffirm.com
5
   Attorneys for Movant
6  U.S. Bank National Association, as
   trustee, on behalf of the holders
7  of the Credit Suisse First Boston
   Mortgage Securities Corp. Home Equity
   Pass Through Certificates, Series,
   2006-8
```

**The following constitutes
the order of the court. Signed December 07, 2010**

_____
**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | ) CASE: 10-56453CN-7 |
| | ) |
| JOSE CANALES | ) CHAPTER 7 |
| | ) |
|     Debtor. | ) REF.: ASW-747 |
| | ) |
| | ) ORDER GRANTING MOTION |
| | ) FOR RELIEF FROM THE |
| | ) AUTOMATIC STAY |
| | ) |
| | ) DATE: 11/10/10 |
| | ) TIME: 2:00pm |
| | ) CTRM: 3070 |
| | ) |
| | ) U.S. Bankruptcy Court |
| | ) 280 S. First Street |
| _____ | ) San Jose, CA 95113 |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. Home Equity Pass Through Certificates, Series, 2006-8, and having come to be heard before the HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE, on

Matter I.D. 6401-6036

```
 1  November 10, 2010, Movant appearing by its attorneys THE
 2  WOLF FIRM by MARVIN B. ADVIENTO, and there being no pleading
 3  in opposition nor appearance by the Trustee or the Debtor,
 4  and the Court, having read the various pleadings, documents
 5  and proceedings, and service having been made, and after due
 6  deliberation, does make its order as follows:
 7      IT IS ORDERED that with respect to the real property
 8  commonly known as 3658 El Grande Drive, San Jose, CA 95132,
 9  and more fully described as follows:
10           SEE DOCUMENT NO. 19085187 RECORDED WITH
11           THE SANTA CLARA COUNTY RECORDER ON
12           8/30/2006
13  Movant and its agents and successors are relieved of the
14  automatic stay, and said stay is immediately terminated, so
15  that Movant and its agents and successors may exercise or
16  cause to be exercised any and all rights under its Note
17  and/or Deed of Trust and any and all rights after
18  foreclosure sale, including, but not limited to, the right
19  to commence and/or consummate foreclosure proceedings on the
20  property and the right to proceed in any action to obtain
21  possession of the property.
22      IT IS FURTHER ORDERED that the 14 day stay of
23  Bankruptcy Rule 4001(a)(3) is hereby waived.
24                      ** END OF ORDER **
25
26
27
```

Matter I.D. 6401-6036

COURT SERVICE LIST

Debtor:
JOSE CANALES
3658 El Grande Dr
San Jose, CA 95132

Matter I.D. 6401-6036